Abated and Opinion filed April 17, 2003









Abated and Opinion filed April 17, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00831-CR

____________

 

KRAIG ANTHONY GOOSBY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 178th District Court

Harris County, Texas

Trial
Court Cause No. 901,041

 



 

M
E M O R A N D U M   O P I N I O N

On April 8, 2003, this court was formally notified of
appellant=s death and furnished a copy of
appellant=s death certificate.  The death of an appellant during the pendency of an appeal deprives this court of
jurisdiction.  See Ryan v. State, 891 S.W.2d 275 (Tex. Crim. App.
1994).  When an appellant dies after an
appeal is perfected but before this court issues the mandate, the appeal is to
be permanently abated.  See Tex. R. App. P. 7.1(a)(2).


Accordingly, we order the appeal permanently abated. 

 








PER CURIAM

 

 

Opinion filed April 17, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.

Do not publish B Tex. R. App. P. 47.2(b).